# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN A. GASS,** | : | |
| **Plaintiff** | : | **CIVIL ACTION NO. 3:14-1056** |
| **v.** | : | **(MANNION, D.J.)** |
| | | **(SCHWAB, M.J.)** |
| **WARDEN RICHARD C. SMITH, et al.,** | : | |
| | : | |
| **Defendants** | : | |

# O R D E R

In light of the memorandum issued in the above-captioned matter, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Schwab, **(Doc. 25)**, is **ADOPTED IN ITS ENTIRETY**;

**(2)** the motion for a temporary restraining order filed by plaintiff John A. Gass, **(Doc. 11 )**, is **DENIED** for failure to show that he is entitled to relief;

**(3)** the case is **REMANDED** to Judge Schwab for further proceedings.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

Date: October 15, 2014
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1056-01.ORDER.wpd