## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JOHN A. GASS,** | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:14-1056 |
| v. | : | (MANNION, D.J.) |
| | | (SCHWAB, M.J.) |
| **WARDEN RICHARD C. SMITH,** | : | |
| **et al.,** | | |
| | : | |
| **Defendants** | | |
| | : | |

## ORDER

In light of the memorandum issued in the above-captioned matter this same day, **IT IS HEREBY ORDERED THAT:**

**(1)** the report and recommendation of Judge Schwab, **(Doc. 31)**, is **ADOPTED IN ITS ENTIRETY**.

**(2)** the case is remanded to Judge Schwab for further proceedings consistent with her report and recommendation.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: July 2, 2015
O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1056-02-order.wpd