# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

JOHN A. GASS,                                  :

    Plaintiff,                            :      CIVIL ACTION NO. 3:14-1056

        v.                                :      (MANNION, D.J.)
                                                      (SCHWAB, M.J.)

WARDEN RICHARD C. SMITH,      :
*et al.*,

                                               :

    Defendants.

## ORDER

Pursuant to the memorandum issued this same day, **IT IS HEREBY**

**ORDERED THAT:**

**(1)**   Judge Schwab's report and recommendation, (Doc. 56), is

**ADOPTED IN ITS ENTIRETY**;

**(2)**   the motion for sanctions filed by the defendants, Warden Smith,

Lieutenant Bulick, and Officers Heverly, Miller, and Smith, (Doc.

53), is **GRANTED**;

**(3)**   the case against the defendants is **DISMISSED**; and

**(4)**   the Clerk of Court is directed to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 9, 2016**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1056-03-ORDER.wpd